**Dismissed; Opinion issued September 18, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00751-CV

## HOUSTON FLOOR COMPANY, LTD. AND BILL BILLINGSLEY, Appellants

## V.

## INTERCERAMIC, INC., Appellee

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-00902

## MEMORANDUM OPINION

Before Justices Bridges, Richter, and Lang

The Court has before it appellants' August 21, 2012 motion to dismiss appeal. In the motion, which is unopposed, appellants state that the parties have reached a settlement agreement and ask that the appeal be dismissed. We **GRANT** the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM

120751F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HOUSTON FLOOR COMPANY, LTD.
AND BILL BILLINGSLEY, Appellants

No. 05-12-00751-CV      V.

INTERCERAMIC, INC., Appellee

Appeal from the 68th Judicial District Court
of Dallas County, Texas. (Tr.Ct.No. DC-12-00902).
Opinion delivered per curiam before Justices
Bridges, Richter, and Lang.

Based on the Court's opinion of this date, this appeal is **DISMISSED**. The parties are **ORDERED** to bear their own costs of appeal.

Judgment entered September 18, 2012.

MARTIN RICHTER
JUSTICE